THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Corporations — railroads — public service commission — when railroad company authorized to issue and deliver bonds without authority from public service commission.*

People v. N. Y. Central R. R. Co., 199 App. Div. 949, affirmed.
(Argued May 12, 1922; decided May 31, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1921, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure. The question was whether or not the interstate commerce commission has exclusive plenary power to authorize the defendant, a corporation originally organized and operating under the laws of the state of New York, and now organized and operating under the laws of New York and five other states, to issue securities and assume obligations or liabilities in accordance with the provisions of section 20a of the Interstate Commerce Act, as amended by the Transportation Act of 1920, without securing

the approval of the public service commission of the state of New York. The Appellate Division adjudged that the defendant, the New York Central Railroad Company, was lawfully authorized to issue and deliver the bonds specified in said agreed case without making any application to the public service commission, second district, of the state of New York, for authority so to do, and without procuring from said commission any order authorizing it so to do.

*Ledyard P. Hale* for appellant.

*Charles C. Paulding, Robert J. Cary* and *Robert E. Whalen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.